IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF TEXAS
__Dallas__ DIVISION

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2009 DEC 29 PM 2: 26

DEPUTY CLERK ___RF___

__Timothy L. Davis__
Plaintiff's name and ID Number

__Wayne McCollum Detention Center__
Place of Confinement

3-09CV2465-L

CASE NO. _____
(Clerk will assign the number)

v. __Ellis County #2   1201 N. Hwy 77 Suit 1017  Waxahachie TX 75165__
__Attorney Vance W. Hinds   215 W. Franklin Suite 200  Waxahachie TX 75165__
__Ellis County Police Chief Sullivan   300 S. Jackson St  Waxahachie TX 75165__
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Timothy L. Davis__, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes   **No**
   b. Rent payments, interest or dividends?   Yes   **No**
   c. Pensions, annuities or life insurance payments?   Yes   **No**
   d. Gifts or inheritances?   Yes   **No**
   e. Family of friends?   **Yes**   No
   f. Any other sources?   Yes   **No**

   If you answered YES to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

   __While being incerated in Wayne McCollum Detention Center Family and friends Help me out with Money for my Needs Over 6 months The Amount for Over Six months was $572.00__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes   **No**

   If you answered YES, state the total value of the items owned.

   __N/A (No Cash)__

- 1 -

Exhibit IV-2
Prisoner Motion to Proceed IFP

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes      (No)

If you answered **YES**, describe the property and state its approximate value.

N/A (No Assets)

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).

Signed this the 21st day of December, 20 09.

Timothy L. Davis   2944-09
Signature of Plaintiff       ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the __Ellis Co Detention Center__
(name of institution)
where __Timothy Lamont Davis__, Inmate ID No. __2944-09__, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $ __.03__ .

(2) During the past six months, the prisoner's:

Average monthly balance was $ __4.48__ .

Average monthly deposits to the prisoner's account were $ __101.50__ .

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this __26__ day of __Dec__, 20__09__.

_____
Authorized Officer

__Ellis Co Sheriff's Office Detention Center__
Institution of Confinement



*WILLIAM COLEMAN*
*Notary Public*
*STATE OF TEXAS*
*My Comm. Exp. 04/01/2013*

Account History 0400039477 DAVIS, TIMOTHY LAMONT    Printed 12/29/2009    Location: MAIN-ALD-00

Case 3:09-cv-02405-DMS-BLM    Document 1    Page 14 of 50

Current Bookin#: 2944-09

Activity for 06/23/2009 thru 11/19/2009    Beginning Balance:    0.00    0.00

| Transaction Date/Time | BI# | TxnId# | Type | Description | With UnpaidDebts | | Without UnpaidDebts | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Txn Amt | Balance | Txn Amt | Balance |
| 06/23/2009 05:56:07 PM | 2944-09 | 00348426 | Deposit | Init.Dep.(Cash) | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/08/2009 02:02:00 AM | 2944-09 | 00351046 | Deposit | Transfer(DAVIS, MICHAEL) | $23.00 | $23.00 | $23.00 | $23.00 |
| TXFR FM: 9999999001 CASH, PETTY -JPAY Deposits | | | | | | | | |
| 07/09/2009 03:20:45 PM | 2944-09 | 00351370 | Withdrawal | COMMISSARY | $-22.90 | $0.10 | $-22.90 | $0.10 |
| 07/21/2009 02:01:21 AM | 2944-09 | 00353617 | Deposit | Transfer(SLOAN, JULIE) | $80.00 | $80.10 | $80.00 | $80.10 |
| TXFR FM: 9999999001 CASH, PETTY -JPAY Deposits | | | | | | | | |
| 07/21/2009 11:23:44 AM | 2944-09 | 00353777 | Withdrawal | COMMISSARY | $-38.48 | $41.62 | $-38.48 | $41.62 |
| 07/23/2009 08:51:24 AM | 2944-09 | 00354273 | Withdrawal | COMMISSARY | $-32.87 | $8.75 | $-32.87 | $8.75 |
| 07/25/2009 11:03:07 AM | 2944-09 | 00354619 | Withdrawal | COMMISSARY | $-8.46 | $0.29 | $-8.46 | $0.29 |
| 08/01/2009 11:26:15 AM | 2944-09 | 00355850 | Withdrawal | COMMISSARY | $-0.29 | $0.00 | $-0.29 | $0.00 |
| 08/02/2009 02:01:37 AM | 2944-09 | 00355974 | Deposit | Transfer(SLOAN, JULI) | $27.00 | $27.00 | $27.00 | $27.00 |
| TXFR FM: 9999999001 CASH, PETTY -JPAY Deposits | | | | | | | | |
| 08/03/2009 02:00:56 AM | 2944-09 | 00356250 | Deposit | Transfer(SLOAN, JULI) | $47.00 | $74.00 | $47.00 | $74.00 |
| TXFR FM: 9999999001 CASH, PETTY -JPAY Deposits | | | | | | | | |
| 08/04/2009 12:30:56 PM | 2944-09 | 00356558 | Withdrawal | COMMISSARY | $-29.04 | $44.96 | $-29.04 | $44.96 |
| 08/07/2009 10:06:44 AM | 2944-09 | 00357133 | Withdrawal | COMMISSARY | $-36.19 | $8.77 | $-36.19 | $8.77 |
| 08/08/2009 02:01:46 AM | 2944-09 | 00357282 | Deposit | Transfer(SLOAN, JULI) | $57.00 | $65.77 | $57.00 | $65.77 |
| TXFR FM: 9999999001 CASH, PETTY -JPAY Deposits | | | | | | | | |
| 08/08/2009 05:17:06 PM | 2944-09 | 00357439 | Withdrawal | COMMISSARY | $-17.46 | $48.31 | $-17.46 | $48.31 |
| 08/11/2009 03:34:14 PM | 2944-09 | 00358083 | Withdrawal | COMMISSARY | $-23.24 | $25.07 | $-23.24 | $25.07 |
| 08/13/2009 04:55:27 PM | 2944-09 | 00358488 | Withdrawal | COMMISSARY | $-18.91 | $6.16 | $-18.91 | $6.16 |
| 08/15/2009 12:03:23 PM | 2944-09 | 00358875 | Withdrawal | COMMISSARY | $-6.13 | $0.03 | $-6.13 | $0.03 |
| 08/18/2009 02:01:50 AM | 2944-09 | 00359307 | Deposit | Transfer(SLOAN, JULI) | $47.00 | $47.03 | $47.00 | $47.03 |
| TXFR FM: 9999999001 CASH, PETTY -JPAY Deposits | | | | | | | | |
| 08/20/2009 10:33:26 AM | 2944-09 | 00359812 | Withdrawal | COMMISSARY | $-28.61 | $18.42 | $-28.61 | $18.42 |
| 08/22/2009 02:01:19 AM | 2944-09 | 00360090 | Deposit | Transfer(SLOAN, JULI) | $137.00 | $155.42 | $137.00 | $155.42 |
| TXFR FM: 9999999001 CASH, PETTY -JPAY Deposits | | | | | | | | |
| 08/23/2009 12:06:29 PM | 2944-09 | 00360351 | Withdrawal | COMMISSARY | $-30.58 | $124.84 | $-30.58 | $124.84 |
| 08/25/2009 11:28:56 AM | 2944-09 | 00360790 | Withdrawal | COMMISSARY | $-23.71 | $101.13 | $-23.71 | $101.13 |
| 08/27/2009 02:32:47 PM | 2944-09 | 00361304 | Withdrawal | COMMISSARY | $-41.95 | $59.18 | $-41.95 | $59.18 |
| 08/29/2009 12:13:54 PM | 2944-09 | 00361697 | Withdrawal | COMMISSARY | $-38.22 | $20.96 | $-38.22 | $20.96 |
| 09/01/2009 09:37:32 AM | 2944-09 | 00362193 | Withdrawal | COMMISSARY | $-17.69 | $3.27 | $-17.69 | $3.27 |
| 09/03/2009 10:10:40 AM | 2944-09 | 00362575 | Withdrawal | COMMISSARY | $-3.20 | $0.07 | $-3.20 | $0.07 |
| 09/05/2009 02:00:55 AM | 2944-09 | 00362979 | Deposit | Transfer(SLOAN, JULI) | $50.00 | $50.07 | $50.00 | $50.07 |
| TXFR FM: 9999999001 CASH, PETTY -JPAY Deposits | | | | | | | | |
| 09/05/2009 12:04:13 PM | 2944-09 | 00363084 | Withdrawal | COMMISSARY | $-23.77 | $26.30 | $-23.77 | $26.30 |
| 09/08/2009 01:18:11 PM | 2944-09 | 00363617 | Withdrawal | COMMISSARY | $-26.30 | $0.00 | $-26.30 | $0.00 |
| 09/13/2009 02:00:35 AM | 2944-09 | 00364560 | Deposit | Transfer(UNKNOWN, JULI) | $37.00 | $37.00 | $37.00 | $37.00 |
| TXFR FM: 9999999001 CASH, PETTY -JPAY Deposits | | | | | | | | |
| 09/15/2009 01:43:34 PM | 2944-09 | 00365086 | Withdrawal | COMMISSARY | $-27.03 | $9.97 | $-27.03 | $9.97 |
| 09/17/2009 01:04:43 PM | 2944-09 | 00365463 | Withdrawal | COMMISSARY | $-9.28 | $0.69 | $-9.28 | $0.69 |
| 09/19/2009 02:00:28 AM | 2944-09 | 00365786 | Deposit | Transfer(SLOAN, JULI) | $45.00 | $45.69 | $45.00 | $45.69 |
| TXFR FM: 9999999001 CASH, PETTY -JPAY Deposits | | | | | | | | |
| 09/19/2009 12:31:50 PM | 2944-09 | 00365890 | Withdrawal | COMMISSARY | $-11.60 | $34.09 | $-11.60 | $34.09 |
| 09/22/2009 11:13:17 AM | 2944-09 | 00366470 | Withdrawal | COMMISSARY | $-21.76 | $12.33 | $-21.76 | $12.33 |
| 09/24/2009 12:16:56 PM | 2944-09 | 00366814 | Withdrawal | COMMISSARY | $-12.27 | $0.06 | $-12.27 | $0.06 |
| 10/03/2009 02:00:57 AM | 2944-09 | 00368592 | Deposit | Transfer(SLOAN, JULI) | $22.00 | $22.06 | $22.00 | $22.06 |
| TXFR FM: 9999999001 CASH, PETTY -JPAY Deposits | | | | | | | | |
| 10/03/2009 11:15:24 AM | 2944-09 | 00368699 | Withdrawal | COMMISSARY | $-12.12 | $9.94 | $-12.12 | $9.94 |
| 10/06/2009 11:58:46 AM | 2944-09 | 00369272 | Withdrawal | COMMISSARY | $-9.94 | $0.00 | $-9.94 | $0.00 |

Activity:    $0.00    $0.00

**Balance as of period end:**    $0.00    $0.00

12-27-09

I Timothy L. Davis is sending with this 1983 form the Court order that the Judge has giving me. And the Grievance that the Jail want give me. So if I can I would like to get a copy of the court order back please. They say I can't become trustee because of Prior Felony Convictions. But there are inmate here with charges of Vehicular manslaughter and Agg Robbery that I know for a fact and they are trustee's.

But what I really want to know is why the Judge keep asking me have I terminated my rites to my daughter, my daughter's custody case have nothing to do with him or his court. I want to thank you for your time, and any help will be very much thankful....

Timothy Davis

P.S.
My home Address

Timothy L. Davis
P.O. Box 411
Italy TX 76651