**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **TIMOTHY DAVIS, ID # 2944-09,** ) | |
| a.k.a. Timothy Lamont Davis, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:09-CV-2465-L-BH |
| ) | |
| **ELLIS COUNTY COURT (#2), et al.,** ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge |

**MAGISTRATE JUDGE'S QUESTIONNAIRE**

DIRECTIONS: Attached is a document entitled "Answers to Magistrate Judge's Questionnaire." You must answer the questions in that document in the space provided for answer. If necessary, you may attach additional pages to fully answer the questions. Do not write on the back of the pages. You must verify the answers under penalty of perjury on the signature line at the conclusion of the Questions and return them to the Court within **thirty days** of the date of this Questionnaire. Failure to file answers may result in the dismissal of the action for failure to prosecute.

At all times during this action, you must immediately advise the Court of any change of address and its effective date by filing a notice titled "NOTICE TO THE COURT OF CHANGE OF ADDRESS". The notice should contain only information about the change of address and its effective date; it must not contain any motions for any other relief. **Failure to file a notice of change of address may result in the dismissal of the action for failure to prosecute.**

DATED this 4th day of January, 2010.

_/s/ Irma Carrillo Ramirez_
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TIMOTHY DAVIS, ID # 2944-09,** ) | | |
| **a.k.a. Timothy Lamont Davis,** ) | | |
| Plaintiff, ) | | |
| vs. ) | No. 3:09-CV-2465-L-BH | |
| ) | | |
| **ELLIS COUNTY COURT (#2), et al.,** ) | | |
| Defendants. ) | **Referred to U.S. Magistrate Judge** | |

**ANSWERS TO MAGISTRATE JUDGE'S QUESTIONNAIRE**

**QUESTION 1:** Defendant "Ellis County Court (#2)" appears to be non-jural entity that is not subject to suit. If you wish to amend your complaint to name a different defendant, please identify the new defendant(s), provide an address for that new defendant(s), and provide all facts supporting a claim against that defendant. If you do name a new defendant, the Court will consider this action only against the other individuals already named as defendants.

**ANSWER:**

1

**QUESTION 2**: Provide all facts that support your claim against defendant Vance W. Hinds.

**ANSWER:**

**QUESTION 3**:  Provide all facts that support your claim against Ellis County Police Chief Sullivan.

**ANSWER:**

**QUESTION 4:** Have you challenged the finding of contempt or the resulting sentence in state court? If so, state precisely what you filed, where you filed it, and how it was resolved by the state court, and attach a copy of the state court ruling that disposed of your state action.

**ANSWER:**

**QUESTION 5**:  If you have challenged the finding of contempt or the resulting sentence in state court, has that finding or sentence been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such a determination, or called into question by a federal court's issuance of a writ of habeas corpus under 28 U.S.C. § 2254?  If your answer to this question is yes, provide all relevant details, including the court, case number, etc.  If you have not challenged the finding of contempt or the resulting sentence in state court, simply state that the question is not applicable.

**ANSWER:**

**QUESTION 6:** Have you challenged the denial of good time credits toward your contempt sentence in state court? If so, state precisely what you filed, where you filed it, and how it was resolved by the state court, and attach a copy of the state court ruling that disposed of your state action.

**ANSWER:**

**STATE OF TEXAS**

**COUNTY OF**

## VERIFICATION

I understand that a false statement or answer to any interrogatory in this cause of action will subject me to penalties for perjury. I declare (or certify, verify or state) under penalty of perjury that the foregoing answers are true and correct. 28 U.S.C. § 1746.

SIGNED on this _____ day of _____, 2010.

_____
(Signature of Plaintiff).